# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dwayne Thompson, individually, and on behalf of his minor daughter "RMT" and Pamela McDeavitt, | 2:16cv1100<br>Electronic Mail |
| Plaintiffs, | |
| v. | District Judge Cercone<br>Magistrate Judge Lenihan |
| Kathryn M. Hens-Greco; Kimberly Berkeley Clark, Krista Abram; Shane Mock; Jonathan Voelker; Pernille Frankmar; Voelker & Colton, LLC; Lauren Darbouze; Reserve Township Police; Brian Tully; Fred Boory Jr; Pittsburgh Municipal Court; Barbara Clements; Allegheny County; Patrick Quinn; Christopher Connors; Geraldine M. Redic; Claire Capristo; Allegheny County Sheriff's Department; Anthony Fratto; Holly Zemba; Allegheny County Department of Court Records; Allegheny County Office of Children and Youth Services; Bruce Noel; Brynn Alpee; McKeesport Area School District; Fifth Judicial District; and John and Jane Does, 1-10, | ECF Nos. 27, 96 |
| Defendants. | |

## MEMORANDUM ORDER

This civil action was commenced on July 25, 2016 when Plaintiff Dwayne Thompson filed a Motion for Leave to Proceed in Forma Pauperis. (ECF No. 1.) That motion was granted and the Complaint (ECF No. 2) was docketed on July 26, 2016. The case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 96), filed on April 11, 2017, recommended that the Motion for Summary Judgment for Failure to File Certificates of

Merit (ECF No. 27) filed by Defendants Pernille Frankmar, Jonathan Voelker, and Voelker & Colton, LLC  be granted.  Service was made on Plaintiffs via first class mail to their addresses of record; service was made on all counsel of record via CM/ECF electronic mail and on Defendant Lauren Darbouze via first class mail to her address of record.  The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections, and that unregistered ECF users were given an additional three (3) days pursuant to Federal Rule of Civil Procedure 6(d).  On April 28, 2017, Plaintiffs filed their "Reply and Objections" to the Report and Recommendation.  (ECF No. 115.)

After review of the pleadings and Objections, and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 22nd day of August, 2017,

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment (ECF No. 27) filed by Defendants Pernille Frankmar, Jonathan Voelker, and Voelker & Colton, LLC. is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 96) of Magistrate Judge Lenihan, dated April 11, 2017, is adopted as the opinion of the Court.

s/ DAVID STEWART CERCONE  
David Stewart Cercone  
United States District Judge

cc:  Dwayne Thompson  
     1013 Coal Street  
     Pittsburgh, PA 15221

Pamela McDeavitt
104 Dorf Avenue
Pittsburgh, PA 15209

(*Via First Class Mail*)

Caroline Liebenguth, Esquire
Dennis J. Roman, Esquire
Charlene S. Seibert, Esquire
Timothy R. Stienstraw, Esquire
Lauren D. Darbouze, Esquire
Ashley N. Rodgers, Esquire
Daniel R. Bentz, Esquire
Benjamin T.S. Trodden, Esquire
Lisa G. Michel, Esquire
Anthony G. Sanchez, Esquire

(*Via CM/ECF Electronic Mail*)