# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dwayne Thompson, individually, and on behalf of his minor daughter "RMT" and Pamela McDeavitt, | ) ) ) ) | Civil Action No. 16-1100 |
| Plaintiffs, | ) ) ) | District Judge Cercone |
| v. | ) ) | Magistrate Judge Lenihan |
| Kathryn M. Hens-Greco; Kimberly Berkeley Clark, Krista Abram; Shane Mock; Jonathan Voelker; Pernille Frankmar; Voelker & Colton, LLC; Lauren Darbouze; Reserve Township Police; Brian Tully; Fred Boory Jr; Pittsburgh Municipal Court; Barbara Clements; Allegheny County; Patrick Quinn; Christopher Connors; Geraldine M. Redic; Claire Capristo; Allegheny County Sheriff's Department; Anthony Fratto; Holly Zemba; Allegheny County Department of Court Records; Allegheny County Office of Children and Youth Services; Bruce Noel; Brynn Alpee; McKeesport Area School District; Fifth Judicial District; and John and Jane Does, 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ECF No. 141 |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

**I.    RECOMMENDATION**

It is respectfully recommended that the John and Jane Doe Defendants 1-10 be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**II.   REPORT**

On October 24, 2017, the Court ordered that Plaintiff shall, no later than November 14, 2017, file a document indicating whether he intends to proceed against Defendants John and Jane Does 1-10, indicating with more specificity what role they played and what federal rights they

violated. The Court further noted that numerous motions to dismiss were filed and granted and that all that remains in the case besides the Doe Defendants is a default judgment against Defendants Abram and Mock. Plaintiff failed to file a response as to whether he intends to proceed against these unidentified defendants. Therefore, as indicated in its October 24, 2017 Order, the Court must recommend that these John and Jane Doe Defendants be dismissed for failure to prosecute.

### III. CONCLUSION

It is respectfully recommended that the John and Jane Doe Defendants 1-10 be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

In accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, the parties are allowed fourteen (14) days from the date of service of a copy of this Report and Recommendation to file objections. Any party opposing the objections shall have fourteen (14) days from the date of service of objections to respond thereto. Failure to file timely objections will constitute a waiver of any appellate rights.

Dated: November 20, 2017

BY THE COURT

LISA PUPO LENIHAN
United States Magistrate Judge

cc: Dwayne Thompson
1013 Coal Street
Pittsburgh, PA 15221

All counsel of record
Via electronic filing